EMMA SERRAO JELINX *v.* JOHN WILLIAM JELINX.

No. 1580.

APPEAL FROM CIRCUIT JUDGE FOURTH CIRCUIT. HON. H. L. ROSS, JUDGE.

SUBMITTED NOVEMBER 10, 1924.        DECIDED MAY 14, 1925.

PETERS, C. J., PERRY AND LINDSAY, JJ.

*Per Curiam.*  A show cause was issued and upon hearing had was orally dismissed by the court on August 12, 1924.  From this decision the libellant filed her appeal and notice of appeal on August 18 following.  The formal judgment dismissing the show cause was filed August 27, 1924.  The appeal should have been from the judgment and not from the decision.  Hence the appeal was premature and should be dismissed.  It is so ordered.

*J. S. Ferry* for libellant.

*J. W. Russell* for libellee.